# LAW OFFICES OF PASQUALE F. GIANNETTA
## Attorney at Law

*PGiannetta@FHLegal.com*

**Wayne Office**
36 Mountain View Boulevard
Wayne, New Jersey 07470

973-872-9700 *telephone*
973-696-8898 *facsimile*

*Please reply to the Wayne office*

**Newark Office**
466 Bloomfield Ave. Suite 200
Newark, New Jersey 07107

973-482-7910 *telephone*
973-482-7930 *facsimile*

July 16, 2008

Hon. Susan D. Wigenton, U.S. Magistrate
United States District Court, District of NJ
M.L. King Federal Building & Courthouse, Room 5060
50 Walnut Street
Newark, NJ 07102

**RECEIVED**
JUL 22 2008
CHAMBERS OF
HONORABLE SUSAN D. WIGENTON

Re:   US v. Merola, et al.
      08-327 (SDW)

Dear Judge Wigenton:

Please be advised that my office represents Anthony Marra, Jr. with regard to the above case. In connection therewith, my office was initially retained regarding charges arising out of Union County State Superior Court. Subsequently, those charges were transferred to the US Attorney's Office for prosecution in Federal Court. As your Honor is aware, there are 23 defendants in this matter and due to the voluminous discovery Your Honor had set this case down for a complex track.

Based on the foregoing, and due to my client's financial situation, my client will be unable to meet his obligations under the Retainer Agreement.

Notwithstanding, I am currently a member in good standing of the CJA program and since I have established a relationship of trust and confidence with Anthony Marra, Jr., he is requesting that I remain as his attorney in this case.

Based on the foregoing I am respectfully requesting that Your Honor appoint my office to represent Anthony Marra, Jr. as a CJA attorney with regard to this case.

Very truly yours,

Pasquale F. Giannetta

PFG:dam
cc:   Ronald D. Wigler, AUSA

SO ORDERED:
STANLEY R. CHESLER, U.S.D.J.